IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTINA WILKERSON                                                                PLAINTIFF

v.                          Civil No. 04-6130

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                            DEFENDANT

## JUDGMENT

On this 16th day of November, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, James W. Stanley, Jr., pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $1,223.60 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge